UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE NORTH FACE APPAREL CORP.,
                              Plaintiff,

               -against-                                       12 civ 6688 (JGK)

REBECCA MOLER, et al.,
                              Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 9/16/15

## ORDER

A Report and Recommendation was entered by Magistrate Judge Gorenstein on July 17, 2015, recommending that this Court award judgment to the Plaintiff North Face, against defendants defendants To Phuc Hau, Calvin Bui and Phan Kim Dong, in the amount of $11,000,000. Magistrate Judge Gorenstein also recommended that a permanent injunction be entered as described in the July 17, 2015 Report and Recommendation.

The magistrate judge, in the July 17, 2015 report, gave the defendants notice that they had "fourteen (14) days, including weekends and holidays from service of this Report and Recommendation to serve and file any objections." The magistrate judge added, "Any request for extension of time to file objections must be directed to Judge Koeltl. If a party fails to file timely objections, that party will not be permitted to raise any objections to this Report and Recommendation on appeal."

The time to file any objections to the Report and Recommendation has since passed. This Court, to date, has received neither any objections or any requests for extension of time. Moreover, the Report and Recommendation are well founded. The Court, therefore, adopts the recommendations set forth in the magistrate judge's report of July 17, 2015, and awards judgment to the plaintiffs in the amount of $11,000,000 against defendants To Phuc Hau, Calvin Bui and Phan Kim Dong. The application for permanent injunction is also granted. The Clerk is hereby directed to enter judgment in this action and to close this case.

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       September 16, 2015